Andrew M. Cummings
Nevada Bar No. 14505
acummings@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA PEREZ-STIRLING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | Case No. 3:17-cv-00495-MMD-WGC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

///

///

| | |
|---|---|
| 1 |     PLEASE TAKE NOTICE that Andrew M. Cummings, is no longer associated with |
| 2 | JONES DAY and no longer represents Defendant Experian Information Solutions, Inc. |
| 3 | ("Experian") in the above-captioned action. Therefore, it is no longer necessary that Andrew M. |
| 4 | Cummings receive CM/ECF notice. Jennifer L. Braster and Andrew J. Sharples will remain |
| 5 | counsel of record and should continue to receive notices relating to this case. |
| 6 |     DATED this 8th day of March, 2018. |

JONES DAY

By: */s/ Andrew M. Cummings*
Andrew M. Cummings
Nevada Bar No. 14505
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March __8__, 2018

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE