Kent VanDerSchuit, State Bar No. 6854
**The VanDerSchuit Law Group**
300 Carlsbad Village Drive, Suite 416
Carlsbad, CA 92008
Phone (760) 602-6234
Fax (760) 602-6235
kentv@vanderschuitlawgroup.com

Attorney for Plaintiff,
Barbara Perez-Stirling

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA PEREZ- STIRLING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | **CASE No.** 3:17-cv-00495-MMD-WGC<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS TRANS UNION L.L.C.** |

1.      WHEREAS, Plaintiff Barbara Perez-Stirling ("Plaintiff") has filed its complaint, seeking the remedies as provided in the FCRA, TILA, and RESPA for Defendants' alleged failures to investigate and/or correct inaccurate credit report information as required by 15 U.S.C. §§ 1681e and 1681i, and alleged failures to respond to requests for the information regarding Plaintiffs' mortgage loan as required by 15 U.S.C. § 1641(f) and 12 U.S.C. § 2605(e);

1

**STIPULATION TO DISMISS TRANS UNION L.L.C. AS A DEFENDANT**

2.    WHEREAS, Plaintiff and Defendant TRANS UNION L.L.C., have met and conferred and agree to stipulate that it is appropriate that Defendant TRANS UNION L.L.C., be dismissed from the case with prejudice.

3.    WHEREAS, the Plaintiff and TRANS UNION L.L.C., through their counsel of record, stipulate as follow:

4.    IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order stating that it is appropriate that the last remaining defendant in this case, Defendant TRANS UNION L.L.C., be dismissed from the case with prejudice and that the case be dismissed in it's entirety.


Dated:  September 21, 2018                    THE VANDERSCHUIT LAW GROUP


                                              By:  /s/ Kent VanDerSchuit
                                                   Kent VanDerSchuit;
                                                   Attorney for Plaintiff
                                                   Barbara Perez-Stirling


                                              LEWIS BRISBOIS


Dated:  September 21, 2018
                                              By:  /s/ Jason G. Revzin
                                                   Jason G. Revzin
                                                   Attorneys for Defendant
                                                   TRANSUNION LLC

2

**STIPULATION TO DISMISS TRANS UNION L.L.C. AS A DEFENDANT**

## CERTIFICATION

I, Kent VanDerSchuit, am the ECF User whose identification and password are being used to file this Stipulation that TRANS UNION L.L.C. be dismissed from the case with prejudice. I hereby attest that Jason G. Revzin concurred in this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Specifically, the Court orders that TRANS UNION L.L.C. be dismissed from the case with prejudice

DATED: September 24___, 2018

By: _____

Hon. Judge Miranda M. Du,
United States District Judge

**STIPULATION TO DISMISS TRANS UNION L.L.C. AS A DEFENDANT**