Kent VanDerSchuit, State Bar No. 6854
**The VanDerSchuit Law Group**
300 Carlsbad Village Drive, Suite 416
Carlsbad, CA 92008
Phone (760) 602-6234
Fax (760) 602-6235
kentv@vanderschuitlawgroup.com

Attorney for Plaintiff,
Barbara Perez-Stirling

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA PEREZ- STIRLING, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC,<br><br>　　　　　Defendants. | **CASE No.** 3:17-cv-00495-MMD-WGC<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC** |

1.  WHEREAS, Plaintiff Barbara Perez-Stirling ("Plaintiff") has filed its complaint, seeking the remedies as provided in the FCRA, TILA, and RESPA for Defendants' alleged failures to investigate and/or correct inaccurate credit report information as required by 15 U.S.C. §§ 1681e and 1681i, and alleged failures to respond to requests for the information regarding Plaintiffs' mortgage loan as required by 15 U.S.C. § 1641(f) and 12 U.S.C. § 2605(e);

**STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. AS A DEFENDANT**

2. WHEREAS, Plaintiff and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., have met and conferred and agree to stipulate that it is appropriate that Defendant EXPERIAN INFORMATION SOLUTIONS, INC., be dismissed from the case with prejudice.

3. WHEREAS, the Plaintiff and EXPERIAN INFORMATION SOLUTIONS, INC., through their counsel of record, stipulate as follow:

4. IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order stating that it is appropriate that the last remaining defendant in this case, Defendant EXPERIAN INFORMATION SOLUTIONS, INC., be dismissed from the case with prejudice and that the case be dismissed in it's entirety.

Dated: September 24, 2018    THE VANDERSCHUIT LAW GROUP

By: */s/ Kent VanDerSchuit*
Kent VanDerSchuit;
Attorney for Plaintiff
Barbara Perez-Stirling

Dated: September 24, 2018    JONES DAY

By: */s/ Katherine A. Neben*
Katherine A. Neben
Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. AS A DEFENDANT**

CERTIFICATION

I, Kent VanDerSchuit, am the ECF User whose identification and password are being used to file this STIPULATION THAT EXPERIAN INFORMATION SOLUTIONS, INC. be dismissed from the case with prejudice. I hereby attest that Katherine A. Neben concurred in this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Specifically, the Court orders that EXPERIAN INFORMATION SOLUTIONS, INC. be dismissed from the case with prejudice

DATED: September __24__, 2018

By: _____
Hon. Judge Miranda M. Du,
United States Magistrate Judge

**STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. AS A DEFENDANT**