Kent VanDerSchuit, State Bar No. 6854
**The VanDerSchuit Law Group**
300 Carlsbad Village Drive, Suite 416
Carlsbad, CA 92008
Phone (760) 602-6234
Fax (760) 602-6235
kentv@vanderschuitlawgroup.com

Attorney for Plaintiff,
Barbara Perez-Stirling

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA PEREZ- STIRLING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; EXPERIAN INFORMATION SOLUTIONS, INC.; OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | **CASE No.** 3:17-cv-00495-MMD-WGC<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS OCWEN LOAN SERVICING, LLC, AND DISMISS THE CASE IN ITS ENTIRETY** |

1.  WHEREAS, Plaintiff Barbara Perez-Stirling ("Plaintiff") has filed her complaint, seeking the remedies as provided in the FCRA, TILA, and RESPA for Defendants' alleged failures to investigate and/or correct inaccurate credit report information as required by 15 U.S.C. §§ 1681e and 1681i, and alleged failures to respond to requests for the information regarding Plaintiffs' mortgage loan as required by 15 U.S.C. § 1641(f) and 12 U.S.C. § 2605(e);

1

**STIPULATION TO DISMISS OCWEN LOAN SERVICING, LLC AS A DEFENDANT**

2. WHEREAS, Plaintiff and Defendant OCWEN LOAN SERVICING, LLC have met and conferred and agree to stipulate that it is appropriate that Defendant OCWEN LOAN SERVICING, LLC, be dismissed from the case with prejudice.

3. WHEREAS, the Plaintiff and OCWEN LOAN SERVICING, LLC, through their counsel of record, stipulate as follow:

4. IT IS HEREBY STIPULATED that the parties jointly and respectfully request an order stating that it is appropriate that the last remaining defendant in this case, Defendant OCWEN LOAN SERVICING, LLC, be dismissed from the case with prejudice and that the case be dismissed in its entirety.

Dated: September 25, 2018          THE VanDerSchuit LAW GROUP

By: */s/ Kent VanDerSchuit*
Kent VanDerSchuit;
Attorney for Plaintiff
Barbara Perez-Stirling

Dated: September 25, 2018          BRYAN CAVE LEIGHTON PAISNER, LLP

By: */s/ Sean McElenney*
Sean McElenney
Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

.

**STIPULATION TO DISMISS OCWEN LOAN SERVICING, LLC AS A DEFENDANT**

## CERTIFICATION

I, Kent VanDerSchuit, am the ECF User whose identification and password are being used to file this STIPULATION THAT OCWEN LOAN SERVICING, LLC. be dismissed from the case with prejudice. I hereby attest that Sean McElenney concurred in this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Specifically, the Court orders that OCWEN LOAN SERVICING, LLC, be dismissed from the case with prejudice and the case be dismissed in its entirety.

DATED: September 28, 2018

By: *[signature]*
Miranda M. Du
United States District Judge

**STIPULATION TO DISMISS OCWEN LOAN SERVICING, LLC AS A DEFENDANT**